AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

USA
v.
Deleon

**APPEARANCE**

Case Number: 1:06M54A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roman Ernesto Deleon

I certify that I am admitted to practice in this court.

6-16-06
Date

[signature]
Signature

Edward C Roy Jr 3029
Print Name Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number