1181327

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

ROMAN ERNESTO DELEON a/k/a
Joel Cruz Martinez

## WARRANT FOR ARREST

Case Number: 1:06M54A

To: The United States Marshal
and any Authorized United States Officer

RECEIVED
JUN 13 2006
US MARSHALS
RHODE ISLAND

YOU ARE HEREBY COMMANDED to arrest ROMAN ERNESTO DELEON
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Passport Fraud and False Claim of Citizenship

in violation of Title 18 United States Code, Section(s) 1542 and 911

| | |
|---|---|
| LINCOLN D. ALMOND | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. MAGISTRATE JUDGE | Providence RI 6/13/06 |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Bristol Cty HOC by ICE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 06/13/2006 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 06/16/2006 | | |