IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **CR 06 76 S** |
| v. | ) |
| | ) CR. NO. 06- |
| | ) |
| ROMAN ERNESTO DELEON | ) |
| a/k/a Joel Cruz Martinez | ) |

### INFORMATION

The United States Attorney charges:

On or about July 9, 2004, in the District of Rhode Island, the defendant, ROMAN ERNESTO DELEON, did knowingly and willfully make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, in that the defendant stated in the said application that he was Joel Cruz Martinez, that he was born in Puerto Rico, that his date of birth was ▮▮▮▮▮ and that his Social Security Number was ▮▮▮▮▮, when in truth and in fact, and as the defendant then and there well knew, he was not Joel Cruz Martinez, he was not born in Puerto Rico,

his date of birth was not ███████ ██, and his Social Security Number was not ████████ in violation of 18 U.S.C. § 1542.

ROBERT CLARK CORRENTE
United States Attorney

By: _____
ANDREW J. REICH
Assistant U.S. Attorney

_____
GERARD B. SULLIVAN
Chief, Criminal Division

DATE: June 29, 2006