AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Rhode Island

U. S.

v.

Roman Ernesto DeLeon

**APPEARANCE**

Case Number: CR 06-76 S.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roman Ernesto DeLeon

I certify that I am admitted to practice in this court.

7-5-06

Date

Signature

Edward C. Roy Jr. 3029

Print Name Bar Number

10 Weybossett Street, Suite 300

Address

Providence RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number