O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
ROMAN ERNESTO DELEON
a/k/a Joel Cruz Martinez

WAIVER OF INDICTMENT

CR 06 76S

CASE NUMBER:

I, ROMAN ERNESTO DELEON, the above named defendant, who is accused of

False statement in passport application

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-5-06 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before Judicial Officer USMJ